1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America



FILED
AUG 18 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) CASE NO. 1:11-SW-00136 SKO
)
1306 Merced Street, ) MOTION TO UNSEAL SEARCH WARRANT
Madera, CA 93638. ) AND AFFIDAVIT
)

The United States of America hereby applies to this Court for an order unsealing the search warrant and affidavit in support of the search warrant previously sealed herein by the Court on July 14, 2011. Due to the execution of the search warrant, the search warrant and affidavit no longer need to remain sealed.

Accordingly, the United States requests that the search warrant and affidavit be unsealed and made public record.

DATED: August 18, 2011        BENJAMIN B. WAGNER
                              United States Attorney

                        By:  /s/ Ian L. Garriques
                             IAN L. GARRIQUES
                             Assistant U.S. Attorney

1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1306 Merced Street,<br>Madera, CA 93638. | CASE NO. 1:11-SW-00136 SKO<br><br>ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT |

The search warrant and affidavit in support of the search warrant, having been sealed by this Court on July 14, 2011, and it appearing that the search warrant and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrant and affidavit in support of the search warrant herein be unsealed and made public record.

DATED: 8/18/11

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER